[No. 45159-6-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01521-1, Anita Louise Farris, J., entered August 31, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44942-7-I.   Division One.   July 17, 2000.]

RUSSELL EUGENE DUNHAM, *Appellant*, v. LESLIE MICHELLE DUNHAM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-02276-7, Glenna Hall, J., entered June 11, 1999. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 44909-5-I.   Division One.   July 3, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. LARRY LANGELL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10342-2, Sharon S. Armstrong, J., entered July 6, 1999. *Reversed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Kennedy, JJ.